**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-6535**

ERIC ADAM GREEN,

        Plaintiff - Appellant,

      v.

GARY MCFADDEN, Mecklenburg County Sheriff; MECKLENBURG SHERIFF DEPARTMENT; MICHAEL A KOLB, Attorney at Law; W. ROBERT BELL, Senior Judge,

        Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Martin K. Reidinger, Chief District Judge.  (3:21-cv-00025-MR)

Submitted:  October 28, 2021              Decided:  November 3, 2021

Before DIAZ and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Eric Adam Green, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Adam Green appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint pursuant to 28 U.S.C. §§ 1915A, 1915(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Green v. McFadden*, No. 3:21-cv-00025-MR (W.D.N.C. Mar. 16, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*